CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Wistar.Wilson@usdoj.gov

Attorneys for United States of America

FILED
Oct 29 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTOS IRIAS-LOBO,<br><br>    Defendant. | CASE NO. 3:25-mj-71285 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on October 28, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☐    Indictment

☐    Information

☐    Criminal Complaint

☒    Other (describe)   Supervised Release Violation Petition

pending in the District of Arizona, Case Number 22-cr-02415-001-TUC-JGZ (LCK).

In that case (copy of Petition attached), the defendant is charged with (1) Violation of Mandatory Condition 1: to not commit another federal, state, or local crime (Allegation 1); and (2) Violation of

v. 8/29/2025

Special Condition 1: if deported, the defendant must not re-enter the United States without legal authorization (Allegation 2).

With respect to Allegation 1, the defendant is alleged to have committed on August 21, 2025 in San Francisco, California, the crimes of Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Fentanyl in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C); Transportation, Sale, and Giving Away a Controlled Substance, in violation of Cal. Health & Safety Code § 11352(a); Possession for Sale or Purchase of Controlled Substance, in violation of Cal. Health & Safety Code § 11351; and Illegal Reentry Following Removal by Aggravated Felon, in violation of 8 U.S.C. § 1326(a) and (b)(2).

With respect to Allegation 2, the defendant, a citizen of Honduras, is alleged to have entered, attempted to enter, or been found in the United States when he was arrested on August 21, 2025 in San Francisco, California.

The maximum penalties are as follows: (CHC III, most serious violation Grade A)

|  | Statutory Provisions | Guideline Provisions |
|---|---|---|
| Custody: | 2 Years<br>18 U.S.C. § 3583(e)(3) | 18 – 24 months<br>U.S.S.G. § 7B1.4(a) |
| Supervised Release: | 3 Years, less any time in custody upon revocation<br>18 U.S.C. § 3583(h) | 3 Years, less any time in custody upon revocation<br>U.S.S.G. § 7B1.3(g)(2) |
| Probation: | Not authorized | Not authorized |

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: October 28, 2025

      /s/ E. Wistar Wilson
E. WISTAR WILSON
Assistant United States Attorney

v. 8/29/2025

UNITED STATES DISTRICT COURT
for
DISTRICT OF ARIZONA

Petition for Warrant to Revoke Supervised Release

☒ FILED  ☐ LODGED

**Oct 28 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

T-SEALED

| | | | |
|---|---|---|---|
| Name of Defendant: | **Santos Eliodoro Irias-Lobo** | Case No.: | **CR-22-02415-001-TUC-JGZ (LCK)** |

| | |
|---|---|
| Name of Judicial Officer: | **The Honorable Jennifer G. Zipps**<br>**Chief U.S. District Judge** |
| Date of Original Sentence: | **4/18/2023** |
| Original Offense: | **Reentry of Removed Alien, 8 U.S.C. § 1326(a) and (b)(2), a Class C felony.** |
| Original Sentence: | **10 months imprisonment, followed by 36 months supervised release. The term of supervised release under Docket No.: CR-23-50019-001-TUC-JGZ (LCK) was revoked on the same date and Irias-Lobo was sentenced to eight months imprisonment with four months to be served consecutive to the instant offense.** |
| Date Supervision Commenced: | **10/6/2023** |
| Date Supervision Expires: | **10/5/2026** |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **Ryan DeJoe**<br>**520-620-7300** | Defense Attorney: | **Jose H. Robles**<br>**520-628-1300** |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**Allegation 1, Violation of Mandatory Condition 1: You must not commit another federal, state or local crime.**

A) On or about August 21, 2025, Santos Eliodoro Irias-Lobo committed the crime of Possession With Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Fentanyl, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(c), a Felony offense. Evidence supporting the alleged violation consists of an Indictment filed on October 9, 2025, in United States District Court, Northern District of California, San Francisco Division, Docket 3:25-CR-00329-VC-1. **Grade A violation. U.S.S.G. §7B1.1(a)(1)(A)(2)**

The allegation is based on the offender's behavior, not a conviction. §7B1.1 Application Note 1.

B) On or about August 21, 2025, Santos Eliodoro Irias-Lobo committed the crime of Illegal Reentry Following Removal by an Aggravated Felon, in violation of 8 U.S.C. § 1326(a) and (b)(2), a Felony offense. Evidence supporting the alleged violation consists of a Criminal Complaint filed on October 9, 2025, in United States District Court, Northern District of California, San Francisco Division, Docket 3:25-CR-00329-VC-1, confirming Irias-Lobo's deportation on or about October 30, 2023; and verifying he was found at or near the Northern District of

Page 2
USA v Santos Eliodoro Irias-Lobo
Docket No. CR-22-02415-001-TUC-JGZ (LCK)
October 27, 2025

California by immigration officials without authorization to reenter the United States. **Grade B violation. U.S.S.G. §7B1.1(a)(2)**

The allegation is based on the offender's behavior, not a conviction. §7B1.1 Application Note 1.

C) On or about August 21, 2025, Santos Eliodoro Irias-Lobo committed the crime of Transportation, Sale, and Giving Away a Controlled Substance, in violation of California Health and Safety Code § 11352(a), a Felony offense. Evidence supporting the alleged violation consists of a Felony Complaint filed on August 25, 2025, in San Francisco County Superior Court of California, Case No. 25018109. **Grade B violation. U.S.S.G. §7B1.1(a)(2)**

The allegation is based on the offender's behavior, not a conviction. §7B1.1 Application Note 1.

D) On or about August 21, 2025, Santos Eliodoro Irias-Lobo committed the crime of Possession for Sale or Purchase of Controlled Substance, in violation of California Health and Safety Code § 11351, a Felony offense. Evidence supporting the alleged violation consists of a Felony Complaint filed on August 25, 2025, in San Francisco County Superior Court of California, Case No. 25018109. **Grade C violation. U.S.S.G. §7B1.1(a)(2)**

The allegation is based on the offender's behavior, not a conviction. §7B1.1 Application Note 1.

**Allegation 2, Violation of Special Condition 1: If deported, you must not re-enter the United States without legal authorization.**

On or about August 21, 2025, Santos Eliodoro Irias-Lobo, a citizen of Honduras, entered, attempted to enter, or was found in the United States without authorization when he was arrested by immigration officials in the Northern District of California, San Francisco Division. Evidence supporting the alleged violation consists of an Indictment filed on October 9, 2025, in United States District Court, Northern District of California, San Francisco Division, Docket 3:25-CR-00329-VC-1, confirming the defendant's deportation on October 30, 2023; and verifying he was found at or near the Northern District of California by immigration officials without authorization to reenter the United States. **Grade C violation. U.S.S.G. §7B1.1(a)(3)(B)**

## AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED AND JURISDICTION TRANSFERRED

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of supervision, I am petitioning the Court to issue a warrant for Santos Eliodoro Irias-Lobo. It is further requested the Court approve transfer of jurisdiction to the Northern District of California, San Francisco Division.

Submitted by:

_[signature]_                                                10/27/2025
Daisy Manzo                                                  Date
Probation Officer Assistant
Office: (520) 205-4424
Cell: (520) 668-5546

Reviewed by:

_[signature]_                                                10/27/2025
Victoria Torres                                              Date
Supervisory U.S. Probation Officer
Office: 602-682-4315
Cell: 602-826-9801

## ORDER OF COURT

The Court also finds probable cause to believe the defendant has violated the conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant for Santos Eliodoro Irias-Lobo. It is further ordered that jurisdiction be transferred to the Northern District of California, San Francisco Division. Considered and ordered this __28th__ day of October, __2025__ and ordered filed and made a part of the records in the above case.

_[signature]_
The Honorable Jennifer G. Zipps
Chief U.S. District Judge